IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARLETON W. ROGERS,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 05-0573-WS-C** |
| **MOBILE COUNTY JAIL,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Southern District of Texas, Victoria Division.

DONE this 30th day of May, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE