IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARLETON W. ROGERS,** : | |
| Petitioner, : | |
| vs. : | **CIVIL ACTION 05-0573-WS-C** |
| : | |
| **MOBILE COUNTY JAIL,** : | |
| Respondent. : | |

## JUDGMENT

It is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Southern District of Texas, Victoria Division.

DONE this 30th day of May, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE